Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

Middle District of Florida

Tampa Division

| | |
|---|---|
| Tinker, Pamela R. | ) Case No. 8:20 cv 2390 T23 TGW |
| _____ | ) _(to be filled in by the Clerk's Office)_ |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) Jury Trial: *(check one)* ☒ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| see attached | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name              Pamela R. Tinker

Street Address       15913 Gulf Blvd

City and County      Redington Beach          Pinellas

State and Zip Code    FL  33708

Telephone Number     (720) 975-7111

E-mail Address       pamonkway@hotmail.com

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

TBD-62124
8400

United States District Court
for the
Middle District of Florida
Tampa Division

Jury Demand

<u>Attached page</u>

(Defendants)
Bruce Walter Johnson, Clifton Averette and Carolyn Milford Johnson

CIA, DOD, FBI
John Fitzgerald Kennedy family (former POTUS 1963) Caroline Kennedy
Barack Hussein and Michelle Robinson Obama (former POTUS + First Lady)
William Jefferson Clinton and Hillary Rodham Clinton (former POTUS + First Lady)
George Walker Bush (former POTUS) and Laura Welch Bush     + SOS for us
     (former First Lady)
Phillip Gerald Tinker  + Dawn Tinker
Andrew Barry Tinker    } brothers from my birth
David Edward Tinker   } Holly Tinker (David's shell wife)
Holy Roman Catholic Church
George Soros - The Holy Roman Catholic Church face in the USA.
John Roberts - Chief Justice of the Supreme Court of the United States of America
Robert Mueller         }                     Donald John and Melania Trump
James B. Comey         } former FBI Directors (POTUS and First Lady)
Andrew McCabe          }                      Richard O. & Kathy Ann Funk
William D. Gore + Natalie S. Gore            (former pastor + wife Kwajalein, MI)
Michael F. McPherson   } FBI SACS            James Robert Clapper, Jr. (former DNI)
                                             John Lee Ratcliffe
                                             Michelle Addington Ratcliffe (DNI)
Eric Holder - former Attorney General for the United States of America
Joseph and Jill Biden - (former VPOTUS and VP First Lady)
Admiral Gary Roughhead - former CONO under POTUS Barack Obama
                          ph 10/15/20
VP Michael Pence - current VP of the United States of America
Walmart          Kathleen Kennedy Townsend  Kerry Kennedy  Douglas Kennedy
Chase Bank       Joseph P. Kennedy II       Christopher G Kennedy  Rory Kennedy
United Methodist Church         Robert F. Kennedy, Jr. Max Kennedy
Alan Brown Weatherly (former SR Pastor UMC & CIA agent)
Ronald Dion DeSantis and Casey Black (FL Gov. and First Lady) both CIA
Pinellas County Sheriff Department
Robert Gualtieri - (current Pinellas County, FL sheriff)
Nancy Pelosi - Head House of Representatives U.S. Congress
John O. Brennan - former CIA Director under Barack Obama
John Ellis and Columba Bush - former FL Gov and First Lady
James "Nick" Simons - Redington Beach, FL Mayor
Patrick J. Kennedy II - former Rhode Island Representative in House     2 of 19

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — Bruce Walter Johnson

Job or Title *(if known)* — ex-husband Mission Test Director (CIA officer)

Street Address — 66 Windy Park Way

City and County — Candler    Buncombe    (Bun cum )

State and Zip Code — NC    28715    He's disgusting!!

Telephone Number

E-mail Address *(if known)*

**Defendant No. 2**

Name — Clifton Averette and Carolyn Milford Johnson

Job or Title *(if known)* — Bruce Walter Johnson's Mom and Dad (CIA Agents)

Street Address — 10079 McCormick Place

City and County — Knoxville    Knox

State and Zip Code — TN    37923

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name — CIA

Job or Title *(if known)* — Privacy and Civil Liberties Officer

Street Address

City and County — Washington    District of Columbia

State and Zip Code — D.C.    20505

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name — DOD

Job or Title *(if known)*

Street Address — 9999 Joint Staff Pentagon

City and County — Washington    District of Columbia

State and Zip Code — D.C.    20318

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 5

Name     FBI

Job or Title *(if known)*

Street Address     935 Pennsylvania Ave, NW

City and County     Washington    District of Columbia

State and Zip Code     D.C.     20535

Telephone Number

E-mail Address *(if known)*

Defendant No. 6

Name     Caroline Kennedy (John Fitzgerald Kennedy family)

Job or Title *(if known)*     (former POTUS 1963 when I was born)

Street Address     Red Gate Farm

City and County     Aquinnah    Dukes

State and Zip Code     MA     02535

Telephone Number

E-mail Address *(if known)*

Defendant No. 7

Name     Barack Hussein and Michelle Robinson Obama

Job or Title *(if known)*     former POTUS and First Lady

Street Address     2446 Belmont Rd NW

City and County     Washington    District of Columbia

State and Zip Code     D.C.     20008

Telephone Number

E-mail Address *(if known)*

Defendant No. 8

Name     William Jefferson Clinton and Hillary Rodham Clinton

Job or Title *(if known)*     former POTUS and First Lady + SoS under Obama

Street Address     15 Old House Ln

City and County     Chappaqua    Westchester

State and Zip Code     NY     10514

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 9

Name — George Walker Bush and Laura Welch Bush

Job or Title (if known) — former POTUS and First Lady

Street Address — P.O. Box 259000

City and County — Dallas        Dallas

State and Zip Code — TX    75225

Telephone Number

E-mail Address (if known)


Defendant No. 10

Name — Phillip Gerald Tinker and Dawn Tinker

Job or Title (if known) — my blood brother - first born of family

Street Address — 33919 Shockey Truck Trail

City and County — Campo    San Diego

State and Zip Code — CA    91906

Telephone Number

E-mail Address (if known)


Defendant No. 11

Name — Andrew Barry Tinker

Job or Title (if known) — my brother from birth - adopted

Street Address — 4199 S. Winding Oaks Dr.

City and County — Homosassa    Citrus

State and Zip Code — FL    34446

Telephone Number

E-mail Address (if known)


Defendant No. 12

Name — David Edward Tinker and Holly Tinker

Job or Title (if known) — my brother from birth - adopted

Street Address — P.O. Box 92

City and County — Corning    Tehama

State and Zip Code — CA    96021

Telephone Number

E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 13

Name     Home office HO

Job or Title *(if known)*     Walmart Inc.

Street Address     Roman Catholic Church & launderer

City and County     702 SW 8th St   (H St.)

State and Zip Code     Bentonville   Benton

Telephone Number     AR   72716

E-mail Address *(if known)*

Defendant No. 14

Name     Chase Bank

Job or Title *(if known)*     Roman Catholic Church & laundering bank

Street Address     383 Madison Avenue

City and County     New York   New York

State and Zip Code     NY   10179

Telephone Number

E-mail Address *(if known)*

Defendant No. 15

Name     United Methodist Church

Job or Title *(if known)*     CIA church hub

Street Address     304 S. Perimeter Park Dr.

City and County     Nashville   Davidson

State and Zip Code     TN   37211

Telephone Number

E-mail Address *(if known)*

Defendant No. 16

Name     Alan Brown Weatherly

Job or Title *(if known)*     former senior pastor UMC & CIA agent

Street Address     111 Millsford Dr

City and County     Madison   Madison

State and Zip Code     AL   35758

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 17**

Name — Ronald Dion DeSantis and Casey Black

Job or Title *(if known)* — FL Governor & First Lady (current CIA ops)

Street Address — 700 N Adams St

City and County — Tallahassee   Leon

State and Zip Code — FL   32303

Telephone Number

E-mail Address *(if known)*

**Defendant No. 18**

Name — Pinellas County Sheriff Department

Job or Title *(if known)*

Street Address — P.O. Drawer 2500

City and County — Largo   Pinellas

State and Zip Code — FL   33779

Telephone Number

E-mail Address *(if known)*

**Defendant No. 19**

Name — Robert Gaultieri

Job or Title *(if known)* — Sheriff Pinellas County, FL

Street Address — 165 Annwood Rd

City and County — Palm Harbor   Pinellas

State and Zip Code — FL   34685

Telephone Number

E-mail Address *(if known)*

**Defendant No. 20**

Name — Nancy Pelosi

Job or Title *(if known)* — House of Representatives Majority Leader

Street Address — 235 Montgomery St Ste 1169

City and County — San Francisco   San Francisco

State and Zip Code — CA   94104

Telephone Number

E-mail Address *(if known)*



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 21

Name _Holy Roman Catholic Church_

Job or Title (if known) _____

Street Address _____

City and County _The Vatican, Italy_

State and Zip Code _____

Telephone Number _____

E-mail Address (if known) _____

Defendant No. 22

Name _George Soros_

Job or Title (if known) _a pal in for Rome attacking me_

Street Address _54 Havemeyer St #3_

City and County _Brooklyn   Kings_

State and Zip Code _NY   11211_

Telephone Number _____

E-mail Address (if known) _____

Defendant No. 23

Name _John Glover Roberts, Jr_

Job or Title (if known) _Supreme Court Chief Justice_

Street Address _6805 Meadow Ln_

City and County _Chevy Chase   Montgomery_

State and Zip Code _MD   20815_

Telephone Number _____

E-mail Address (if known) _____

Defendant No. 24

Name _Robert Mueller_

Job or Title (if known) _former FBI Director_

Street Address _3912 Highwood Ct Nw_

City and County _Washington   District of Columbia_

State and Zip Code _D.C.   20007_

Telephone Number _____

E-mail Address (if known) _____


Page 8 of 17

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 25

Name — James B. Comey

Job or Title (if known) — former FBI Director

Street Address — 2 Massachusetts Ave Ne #77184

City and County — Washington    District of Columbia

State and Zip Code — D.C.    20002

Telephone Number

E-mail Address (if known)

Defendant No. 26

Name — Andrew McCabe

Job or Title (if known) — former FBI Director

Street Address — 43 Avenue C

City and County — Bayonne    Hudson

State and Zip Code — NJ    07002

Telephone Number

E-mail Address (if known)

Defendant No. 27

Name — William D. Gore and Natalie S. Gore

Job or Title (if known) — former FBI SAC San Diego, CA

Street Address — 4046 Eagle St

City and County — San Diego    San Diego

State and Zip Code — CA    92103

Telephone Number

E-mail Address (if known)

Defendant No. 28

Name — Michael F. McPherson

Job or Title (if known) — FBI SAC Tampa, FL

Street Address    (see FR) — 3618 E Clark Cir

City and County — Tampa    Hillsborough

State and Zip Code — FL    33629

Telephone Number

E-mail Address (if known)

**Defendant No. 29**

    **Name** — Eric Holder

    **Job or Title** *(if known)* — former U.S. Attorney General

    **Street Address** — 4246 50th St NW

    **City and County** — Washington   District of Columbia

    **State and Zip Code** — D.C.   20016

    **Telephone Number**

    **E-mail Address** *(if known)*

**Defendant No. 30**

    **Name** — Joseph and Jill Biden

    **Job or Title** *(if known)* — former VPOTUS and VP First Lady

    **Street Address** — 720 Greenhill Ave

    **City and County** — Wilmington   New Castle

    **State and Zip Code** — DE   19805

    **Telephone Number**

    **E-mail Address** *(if known)*

**Defendant No. 31**

    **Name** — Gary Roughead (Admiral)

    **Job or Title** *(if known)* — former CONO under POTUS Obama

    **Street Address** — 8105 Great Run Ln

    **City and County** — Warrenton   Fauquier

    **State and Zip Code** — VA   20186

    **Telephone Number**

    **E-mail Address** *(if known)*

**Defendant No. 32**

    **Name** — Michael Pence

    **Job or Title** *(if known)* — current VP of the United States of America

    **Street Address** — 1 Observatory Circle U.S. Naval Observatory

    **City and County** — Washington   District of Columbia

    **State and Zip Code** — D.C.   20008

    **Telephone Number**

    **E-mail Address** *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 33**

| | |
|---|---|
| Name | John O. Brennan |
| Job or Title *(if known)* | former CIA Director under Barack Obama |
| Street Address | 5 St. Nicholas Village Rd |
| City and County | Glen Gardner, Hunterdon |
| State and Zip Code | NJ     08826 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 34**

| | |
|---|---|
| Name | John Ellis and Columba Bush |
| Job or Title *(if known)* | former FL Gov and First Lady |
| Street Address | 2525 Anderson Rd |
| City and County | Coral Gables    Miami-Dade |
| State and Zip Code | FL     33134 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 35**

| | |
|---|---|
| Name | James "Nick" Simons |
| Job or Title *(if known)* | Redington Beach, FL Mayor |
| Street Address | 16046 Redington Dr |
| City and County | Redington Beach    Pinellas |
| State and Zip Code | FL     33708 |
| Telephone Number | |
| E-mail Address *(if known)* | |

lives 1 minute away from me with sheriffs assaulting me He contracts with them.

**Defendant No. 36**

| | |
|---|---|
| Name | Patrick J. Kennedy II |
| Job or Title *(if known)* | former House Rep Rhode Island |
| Street Address | 2001 Bayshore Ave |
| City and County | Brigantine    Atlantic |
| State and Zip Code | NJ     08203 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 31**

Name     Donald John and Melania Trump

Job or Title *(if known)*     POTUS and First Lady

Street Address     1600 Pennsylvania Ave., NW

City and County     Washington    District of Columbia

State and Zip Code     D.C.    20500

Telephone Number

E-mail Address *(if known)*

**Defendant No. 38**

Name     Richard O. and Kathy Ann Funk

Job or Title *(if known)*     former Pastor Kwajalein, Marshall Islands

Street Address     1216 Heritage Acres Blvd

City and County     Rockledge    Brevard

State and Zip Code     FL    32955

Telephone Number

E-mail Address *(if known)*

**Defendant No. 39**

Name     James Robert Clapper, Jr.

Job or Title *(if known)*     former DNI

Street Address     5366 Ashleigh Rd

City and County     Fairfax    Fairfax

State and Zip Code     VA    22030

Telephone Number

E-mail Address *(if known)*

**Defendant No. 40**

← another shell

Name     John Lee Ratcliffe and Michelle Ratcliffe

Job or Title *(if known)*     Director of National Intelligence

Street Address     706 Starlight Pass

City and County     Rockwall    Rockwall

State and Zip Code     TX    75032

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                         Kathleen Kennedy Townsend

Job or Title *(if known)*

Street Address               Po Box 40

City and County              Riderwood      Prince Georges

State and Zip Code           MD           21139

Telephone Number

E-mail Address *(if known)*


Defendant No. 2

Name                         Joseph P. Kennedy II

Job or Title *(if known)*

Street Address               225 Ocean View Ave

City and County              Cotuit      Barnstable

State and Zip Code           MA           02635

Telephone Number

E-mail Address *(if known)*


Defendant No. 3

Name                         Robert F. Kennedy, Jr.

Job or Title *(if known)*

Street Address               124 Washington St.

City and County              Foxboro      Norfolk

State and Zip Code           MA           02035

Telephone Number

E-mail Address *(if known)*


Defendant No. 4

Name                         Kerry Kennedy

Job or Title *(if known)*

Street Address               330 Madison Ave  Rm 2303

City and County              New York      Manhattan

State and Zip Code           NY           10017

Telephone Number

E-mail Address *(if known)*

13 of 17

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 4̶5̶

    Name                      Christopher G. Kennedy

    Job or Title *(if known)*

    Street Address         222 Merchandise Mart Plz Ste 202a

    City and County       Chicago           Cook

    State and Zip Code    IL    60654

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2̶ 6

    Name                      Max Kennedy

    Job or Title *(if known)*

    Street Address         135 S LaSalle St Ste 3900

    City and County       Chicago           Cook

    State and Zip Code    IL      60603

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3̶ 7

    Name                      Douglas Kennedy

    Job or Title *(if known)*

    Street Address         14 Bedford Rd

    City and County       Chappaqua      Westchester

    State and Zip Code    NY     10514

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4̶ 8

    Name                      Rory Kennedy

    Job or Title *(if known)*

    Street Address         7238 Birdview Ave

    City and County       Malibu        Los Angeles

    State and Zip Code    CA    90265

    Telephone Number

    E-mail Address *(if known)*

14 of 17

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Amendments 4, 5, 6, 7, 8, 12, 13, 14

These were broken against me. I don't know specific statutes.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

    a.   If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

    b.   If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ ,

        and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

    a.   If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    **If the defendant is a corporation**

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

III.    **Statement of Claim**

    Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

        See attached pgs 1-218

IV.    **Relief**

    State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

        See attached pgs 1-218

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      *10/5/2020*

Signature of Plaintiff      *Pamela R. Tinker*
Printed Name of Plaintiff      *Pamela R. Tinker*

### B.      For Attorneys

Date of signing:      _____

Signature of Attorney      _____
Printed Name of Attorney      _____
Bar Number      _____
Name of Law Firm      _____
Street Address      _____
State and Zip Code      _____
Telephone Number      _____
E-mail Address      _____

